IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PHAT SAM,<br><br>　　　　　Defendant. | Case No. 1:06-cr-00313<br><br>ORDER |

　　　IT IS SO ORDERED that the property referenced in deed Document Number DOC-3983219, dated on or about October 11, 2006, in the names of Lee Yang and Vue Yang be reconveyed.

IT IS SO ORDERED.

　　Dated:　**March 4, 2022**

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE